

JOSH STEIN
ATTORNEY GENERAL



Alexander McC. Peters
Chief Deputy Attorney General

December 29, 2018

Mr. Oscar M. Blanks, III                      VIA U.S. MAIL AND EMAIL
The Law Offices of Oscar M. Blanks III, PLLC
126 Memory Plaza
Whiteville, North Carolina 28472

Re:    Permission to File *Quo Warranto* Action

Dear Mr. Blanks:

     This letter is in response the request you sent to our office yesterday concerning the claim of your client, Lewis Hatcher, that he remains the Sheriff of Columbus County because the results of the 2018 election for that office have not yet been certified due to pending protests. You note that the apparent winner of that election, Jody Greene, was sworn into office despite the lack of a certificate of election. You requested that action be taken to enforce your client's continued right to remain in office pending final resolution of those protests and certification of the election results.

     As you may be aware, N.C. GEN. STAT. § 1-516 provides that the Attorney General shall grant the application of a private relator to bring an action on behalf of the State to try a title to public office upon the tendering of security adequate to protect and indemnify the State against any costs and expenses that may be incurred as a consequence of such lawsuit. Based upon the information I have received, permission is granted for your client to pursue an action in the name of the State to determine the rightful holder of the office of Sheriff of Columbus County, subject to your client tendering security in the amount of $200. Please forward to me a check in this amount payable to the North Carolina Department of Justice.

     Please do not hesitate to let me know if you have any questions regarding this matter.

                            Very truly yours,

                            Alexander McC. Peters
                            Chief Deputy Attorney General

AMP/hs