IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-88-D

| | |
|---|---|
| CALVIN TYRONE NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| COLUMBUS COUNTY BOARD OF ) | |
| ELECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

Danny Earl Britt, Jr., a defendant in this case and licensed attorney who is admitted to practice before this court, seeks leave to file manually on behalf of himself and defendant Brenden Jones. See [D.E. 42, 65]. For good cause shown, the court GRANTS the motions and DIRECTS the clerk to docket the attachments to Britt's second motion, which include a proposed motion to dismiss and for prefiling injunction [D.E. 65-17], memorandum in support [D.E. 65-18], and numerous exhibits. Plaintiff shall have until August 9, 2019, to file any response to these defendants' motion to dismiss.

SO ORDERED. This 22 day of July 2019.

JAMES C. DEVER III
United States District Judge