UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN TYRONE NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 7:19-CV-88-D** |
| ) | |
| COLUMBUS COUNTY BOARD OF ) | |
| ELECTIONS, HAROLD FIPPS, BONITA ) | |
| BLAKNEY, JOANN GARRELL, TUCKER ) | |
| (MACK) WARD, CARLA STRICKLAND, ) | |
| COLUMBUS COUNTY BOARD OF ) | |
| COMMISSIONERS, TRENT BURROUGHS, ) | |
| JEROME MCMILLIAN, JAMES E. PREVATTE, ) | |
| GILES E. BYRD, EDWIN P. RUSS, RICKY ) | |
| BULLARD, CHARLES MCDOWELL, LEWIS ) | |
| L. HATCHER, JODY STEADMAN GREENE, ) | |
| WESTERN SURETY CO., JESS HILL, ) | |
| BRENDEN JONES, RED DOME GROUP, INC., ) | |
| SCOTT ANDREW YATES, LESLIE MACRAE ) | |
| DOWLESS JR., AMANDA PRINCE, AARON ) | |
| HERRING, DANNY EARL BRITT, JR., BOYD ) | |
| T. WORLEY, NORWOOD P. BLANCHARD, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants Brenden Jones's and Danny Earl Britt, Jr. 's motions for leave to file manually [D.E. 100-101]. The court GRANTS IN PART defendants' motions to dismiss [D.E. 22, 28, 36, 54, 66, 68, 70, 83, 96, 98, 106] and DISMISSES WITHOUT PREJUDICE plaintiff's due process claims under 42 U.S.C. § 1983 and conspiracy claims under 42 U.S.C. § 1985(3) for lack of subject-matter jurisdiction, and DISMISSES WITH PREJUDICE plaintiff's First Amendment claim under 42 U.S.C. § 1983 due to qualified immunity. The court DECLINES to exercise supplemental jurisdiction over any state-law claims. and DISMISSES WITHOUT PREJUDICE those claims. The court DENIES plaintiff's motions [D.E. 11, 48, 50, 51, 86, 114].

**This Judgment Filed and Entered on March 13, 2020, and Copies To:**

| | |
|---|---|
| Calvin Tyrone Norton | (Sent to PO Box 1145 Whiteville, NC 28472 via US Mail) |
| Norwood P. Blanchard, III | (via CM/ECF electronic notification) |
| Oscar M. Blanks, III | (via CM/ECF electronic notification) |
| Dan McCord Hartzog, Jr. | (via CM/ECF electronic notification) |
| Michael B. Cohen | (via CM/ECF electronic notification) |
| Jonathan Whitfield Gibson | (via CM/ECF electronic notification) |
| Kathryn H. Shields | (via CM/ECF electronic notification) |
| Danny Earl Britt, Jr. | (Sent to 107 North Court Square, Suite 22, Lumberton, NC 28360 via US Mail) |
| Kevin G. Williams | (via CM/ECF electronic notification) |
| Mark Andrew Jones | (via CM/ECF electronic notification) |
| David S. Coats | (via CM/ECF electronic notification) |
| Andrew Darrell Penny | (via CM/ECF electronic notification) |
| Paul M. Cox | (via CM/ECF electronic notification) |

DATE:  
March 13, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
      Deputy Clerk